IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RICKY BATTLE                                       §

VS.                                                §          CIVIL ACTION NO.    1:07-CV-422

BUREAU OF PRISONS, ET AL.                          §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Battle, a federal prisoner confined at the United States Penitentiary in

Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown*

*Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against the Bureau of Prisons,

Warden T. C. Outlaw, and unidentified defendants.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court.  The magistrate judge recommends dismissing the action without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1).

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available

evidence. No objections to the Report and Recommendation of United States Magistrate Judge were

filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct,

and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case

in accordance with the magistrate judge's recommendation.

      **SIGNED** this the **10** day of **October, 2007.**


_____
Thad Heartfield
United States District Judge

2